UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, Plaintiff,

v.

JANET LEE PAMPERIN, Defendant.

CASE NO.: CR04-147-RSL

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE

An evidentiary hearing on supervised release revocation in this case was scheduled before me on September 27, 2005. The United States was represented by AUSA Patricia C. Lally and the defendant by John W. Lundin. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about October 1, 2004 by the Honorable Robert S. Lasnik on charges of Bank Fraud and Unlawful Use of False Identification Documents and sentenced to 7 Months Custody, 5 years Supervised Release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, narcotic addiction or drug dependency treatment and testing, refrain from alcohol and other intoxicants, submit to search, reside in a community corrections center for up to 60 days, provide access to financial information, no new credit without permission, do not possess identification documents in any but true legal name, pay outstanding

tax liabilities, and restitution in the amount of $13, 889.30. (Dkt. 38).

Supervision commenced on November 1, 2004. On November 16, 2004, defendant's probation officer reported that defendant had failed to report to the probation office in Long Beach, California after being given permission to transfer her supervision to the Central District of California.. (Dkt. 41) A warrant was issued, then re-issued after the filing of a sworn declaration by defendant's probation officer. (Dkt. 47).

Defendant was advised in full as to the charge and as to her constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 27th day of September, 2005.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Patricia C. Lally
Defendant's attorney: John W. Lundin
Probation officer: Jennifer J. Tien